# EXHIBIT B



Offer Number: AC-001A
Date: January 25, 2023

**TO:**
Weiting Lyu, PhD
Rutgers University
REDACTED
REDACTEDREDACTED

Dear Dr. Lyu,

On behalf of **Alfa Chemistry, Inc.**, we are very pleased to offer you the position of **Project Manager** at Room 1, 2200 Smithtown Avenue, Ronkonkoma, NY 11779-7329, USA. This offer includes a probationary period of up to [but no more than] 3 months. The employment during the probationary period is at-will and either party can terminate the temporary employment relationship at any time and for any reason, or for no reason.

**Position Title:** Project Manager

**Job Type:** Full-time

**Responsibilities:**

- Initially act as a project manager to work on Client's projects in the field of organic chemistry and medicinal chemistry.
- To be promoted to the position of Business Manager to manage a business unit, a business division, up to a company branch with increasing responsibilities in the above fields.
- One of research scientist's tasks is to in-license new products, new technologies, new services, new inventions, new patents and even novel drug discovery programs and new diagnostic prototypes from Academia, particularly technology transfer offices of prestigious research entities around the world, again, in the above fields.
- To oversee internal R&D programs with activities including grant writing and even fund raising.

**Employee Budget Package:**

Each employee will receive an Employee Budget Package (see the table below). The Employee budget package shows the actual budgets and expenses for each employee, which include all the Company expenses on his/her behalf, including Social Security and Medicare Tax (employer's portion), Medical Insurance, 401K, and other fees (such as H1B and green card application fees) that the Company has to afford for the position. The remainder will be the Gross Income [that includes pretax income].

| Category | Yearly Expense, $ | Daily Base Budget $/day | Add to Employee Budget Package | | | | Minus from Employee Budget Package | | Est. Amount | Monthly | Reference Range/Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily Base Budget | $70,356 | 246 * 5.5 day/week | Base Budget | Starting Budget $89,084 | | | Expense Package | Health Insurances | $0 | | Group Insurance $800-1200 /Month |
| Attendance Bonus | $1,200 | $100/Month | | | | | | Company FICA | $9,945 | $829 | Social Security $147,000 6.20% / Medicare No Limit 1.45% |
| Rank Allowance | $5,720 | 20 * 5.5 day/week | | | | | | | | | |
| Year-end Bonus | $11,808 | *The Year-end Bonus budget will be calculated based on [a] overall performance and [b] actual days worked in the full year (**excluding the probationary period**). The maximum amount equals to 2 months' [ie, 48 days] daily base budget. *70% of Year-end Bonus is distributed at the end of year or at the beginning of the following year. The remaining 30% is distributed in June of July of the following year. | | Minimum Budget Package $131,724 | Employee Budget $153,044 | Budget Package | | Other Fees | $0 | | eg. H1B relevant expense Legal fee $2,500 Postage/Copy/Misc. $50 H-1B filing fee $460 H-1B ACWIA fee $750 H-1B Fraud Prevention fee 500 |
| Theoretical Performance Bonus | $63,960 | Usually based on **Daily Base Budget * 5 day/week** | 2/3*[Theoretical Performance Bonus] [2/3 of the bonus will be calculated by work hours for which she/he is scheduled] | $42,640 | | | Gross Income | Guaranteed Minimum Pretax Income | $130,000 | $10,833.33 | *Only first 1-2 year has this part pay evenly at first year after probationary period |
| | | | 1/3*[Achievement-based commissions, milestone-based incentives] or 1/3*[Theoretical Performance Bonus] | $21,320 | | | | | | $9,208.33 | *85% of Monthly rate paid during probationary period |
| Manager Commission | TBD | | | | Executive & Owner Budget | | | Remainder at the end of year(If any) | $13,099 | | *If less than 0, then no additional payment at the end of year |
| C Pool | TBD | | Profit-Sharing Plan C | | | | | | | | |
| B Pool | TBD | | Profit-Sharing Plan B | | | | | | | | |
| A Pool | TBD | | Profit-Sharing Plan A, Internal Royalty Plan, Internal Licensing Fee, etc. | | | | | | | | |

If you are to accept this offer, you will be eligible to the following compensation and benefits for the first calendar year after the probationary period:

- A guaranteed minimum pretax income of $13,000 if you are not absent from your duty. 【全职工作，第一年税前个人收入可以保证为 $130,000】
- Medical insurance afforded by company with the premiums ranging from $800 to $1200 per month.
- Company FICA paid by company.
- Life insurance provided by company.
- 11 paid public holidays.
- 5 paid personal days in the first calendar year of employment.

**Notes:**
- 401K contributions, which are optional, will be borne by individuals.
- The guaranteed minimum pretax income will be paid on monthly and afftecd by your actual worked days in the year.
- The three months of the probationary peroid will be paid as 85% of the guaranteed daily salary, which is calculated by the guaranteed minimum pretax income divided by the working days in the year, and 100% will be paid after the probationary period. 【试用期三个月按照 85%保证日薪发放，转正后 100%发放】
- In the end of the probationary period, if you decide to pursue permanent employment, you need commit to working for this company for at least 2 years, to avoid liquidated damages up to $24,000, to be deducted from the budget package, in proportion to your actual employment timeframe, i.e., $1000/month, unless there are unforeseeable causes. 【转正之后的服务期至少两年；否则，（按照实际服务期等比例缩减，最高 24,000 美元的）违约金将从预算包扣除。】

If you accept this offer, please sign and date this Offer Letter in the space below and email it back to us. This offer will remain in effect until February 1st, 2023. Your anticipated start date will be ASAP but not later than February 9th, 2023, provided there is nothing unexpected.

Once you pass our performance evaluation at the end of the probationary period, we will offer you permanent employment status with the same job title and the same salary structure. Before you accept the formal employment offer, you will have a chance to negotiate with your supervisor over your budget package that includes the daily base budget, commissions, and bonuses as listed above. Again, your gross income [including pretax income] is calculated by deducting the company FICA, medical insurances, 401K contributions, and other company expenses on your behalf, from the budget package on your position.

We believe you will be an excellent addition to our team and are very much looking forward to working with you. If there is anything we can do for you in the meanwhile, please let me know.

Sincerely,

Nina Lin, PhD

**Recruiting Director**

Room 1, 2200 Smithtown Avenue

Ronkonkoma, NY 11779-7329, USA

Email: info@alfa-chemistry.com

I accept the offer as outlined above.

Signature:        _____

Printed Name:  _____

Date:                _____